UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LAWRENCE SHINE, | ) | No. CV 08-05462-VBK |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| NORWOOD, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS HEREBY ORDERED** that the matter is dismissed with prejudice.

DATED: December 9, 2009                                /s/
                                                VICTOR B. KENTON
                                                UNITED STATES MAGISTRATE JUDGE